KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
William M. Goodman (SBN 61305)
E-mail: wgoodman@kasowitz.com
Christopher J. McNamara (SBN 209205)
E-mail: cmcnamara@kasowitz.com
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030



Attorneys for Defendant:
Sonitrol Corporation

**E-filing**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| S.N.D.A., a California non-profit mutual benefit corporation, | CV 08  2168<br>CASE NO.: |
| Plaintiffs, | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br>[Local Rule 3-16] |
| v. | |
| SONITROL CORPORATION, a Delaware Corporation, and DOES 1-50. | |
| Defendants. | |

The undersigned, counsel of record for the defendant, Sonitrol Corporation, a Delaware Corporation, certifies that the following listed entities or persons may have a pecuniary interest in the outcome of this case or in a party to this proceeding. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Sonitrol Corporation;

2. Sonitrol Holding Corporation;

3. Sonitrol Holding LLC;

4. Wachovia Capital Partners 2004, LLC;

5. Carlyle Venture Partners II, L.P.;

6. Spire Capital Partners, L.P.; and

7. S.N.D.A., a California non-profit mutual benefit corporation.[1]

DATED: April 28, 2008

KASOWITZ, BENSON,
TORRES & FRIEDMAN, LLP

William M. Goodman (SBN 61305)
E-mail: wgoodman@kasowitz.com
Christopher J. McNamara (SBN 209205)
E-mail: cmcnamara@kasowitz.com
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Defendant:
Sonitrol Corporation

---

[1] S.N.D.A. alleges that its members are comprised of Sonitrol franchisees. Sonitrol Corporation is unable to identity such S.N.D.A. members, but represents that such members would include a maximum of 53 independent Sonitrol franchisees, each uniquely located within the United States or Canada. It is presumed that the members of S.N.D.A. would have an interest in the outcome of this civil action and that S.N.D.A. will identify such interested franchisees upon the filing of its Certificate of Interested Entities or Persons.