KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
William M. Goodman (SBN 61305)
E-mail: wgoodman@kasowitz.com
Christopher J. McNamara (SBN 209205)
E-mail: cmcnamara@kasowitz.com
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

Attorneys for Defendant:
Sonitrol Corporation

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| S.N.D.A., a California non-profit mutual benefit corporation, | CASE NO.: 08-cv-2168 JL |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| SONITROL CORPORATION, a Delaware Corporation, and DOES 1-50. | |
| Defendants. | |

### PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action.   My business address is 101 California Street, Suite 2050, San Francisco, California  94111.

On April 28, 2008, I served the following document(s) described as:

**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

**CIVIL COVER SHEET**

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

on the interested parties in this action by depositing a true and correct copy of such document in a sealed envelope with the United States Postal Service, with the postage fully prepaid, addressed as follows:

SINGLER, NAPELL & DILLON, LLP
Bruce Napell
Bryan W. Dillon
127 S. Main Street
Sebastopol, CA 95472

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed April 29, 2008, at San Francisco, California.

                                              /S/ Christopher J. McNamara
                                              Christopher J. McNamara