KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
William M. Goodman (SBN 61305)
E-mail: wgoodman@kasowitz.com
Christopher J. McNamara (SBN 209205)
E-mail: cmcnamara@kasowitz.com
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Defendant:
Sonitrol Corporation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| S.N.D.A., a California non-profit mutual benefit corporation, | CASE NO.:08-cv-2168 JL |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| SONITROL CORPORATION, a Delaware Corporation, and DOES 1-50. | |
| Defendants. | |

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 101 California Street, Suite 2050, San Francisco, California 94111.

On April 28, 2008, I served the following document(s) described as:

**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

**CIVIL COVER SHEET**

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE COURT**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO, U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT**

on the following:

Bruce Napell
SINGLER, NAPELL & DILLON, LLP
127 South Main Street
Sebastopol, CA  95472

☐ **By Mail**. (C.C.P. §1013a, 1015.5)  I placed the above-documents in sealed envelope(s), with postage thereon fully prepaid, for collection and mailing at San Francisco, California, following ordinary business practices.  I am readily familiar with the practices of Kasowitz, Benson, Torres and Friedman for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

☒ **By Personal Service**.  I caused the above documents to be delivered by hand to the addressee(s) noted above.

☐ **By Facsimile**.  I caused the above documents to be served via facsimile electronic equipment transmission to the number indicated after the address(es) noted above.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed April 29, 2008, at San Francisco, California.

                                                    /S/ Christopher J. McNamara_____
                                                    Christopher J. McNamara