STRADLEY RONON STEVENS & YOUNG, LLP
Jeffrey D. Grossman
E-mail: jgrossman@stradley.com
2600 One Commerce Square
Philadelphia, PA 19103-7098
Telephone: (215) 564-8000
Facsimile: (215) 564-8120



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| S.N.D.A., a California non-profit mutual benefit corporation, | CASE NO.: C 08-02168 JL |
| Plaintiffs, | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| v. | |
| SONITROL CORPORATION, a Delaware Corporation, and DOES 1-50. | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, Jeffrey D. Grossman, Esquire, an active member in good standing of the bars of Pennsylvania (ID# 78537) and New Jersey (ID# 81851), hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Sonitrol Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

L # 746430 v.1

1. become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

    3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: William M. Goodman, Esquire, and Christopher J. McNamara, Esquire, Kasowitz, Benson, Torres & Friedman, LLP, 101 California Street, Suite 2050, San Francisco, CA 94111, Telephone: (415) 421-6140.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/1/08

_____
Jeffrey D. Grossman

L # 746430 v.1