1  STRADLEY RONON STEVENS & YOUNG, LLP
2  Jeffrey D. Grossman, *Pro Hac Vice*
   E-mail: jgrossman@stradley.com
3  2600 One Commerce Square
   Philadelphia, PA 19103-7098
4  Telephone: (215) 564-8000
5  Facsimile: (215) 564-8120

FILED
MAY 0 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| S.N.D.A., a California non-profit mutual benefit corporation, | CASE NO.: C 08-02168 JL |
| Plaintiffs, | (Proposed) ~~ORDER~~ GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| SONITROL CORPORATION, a Delaware Corporation, and DOES 1-50. | |
| Defendants. | |

Jeffrey D. Grossman, Esquire, an active member in good standing of the bars of Pennsylvania and New Jersey, whose business address and telephone number is Stradley, Ronon, Stevens & Young, LLP, 2600 One Commerce Square, Philadelphia, PA 19103-7098, Telephone: (215) 564-8000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sonitrol Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

L # 746435 v.1

Dated: 5-7-08

_____
Hon. James Larson, U.S. Magistrate Judge