1 | BRUCE NAPELL (State Bar No. 115116)
BRYAN W. DILLON (State Bar No. 203052)
2 | SINGLER, NAPELL & DILLON, LLP
127 S. Main Street
3 | Sebastopol, California 95472
Telephone: (707) 823-8719
4 | Facsimile:  (707) 823-8737

5 | Attorneys for S.N.D.A., Inc.

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.N.D.A., a California non-profit mutual benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONITROL CORPORATION, a Delaware corporation; and DOES 1-50.<br><br>Defendants. | CASE NO.  08-CV-02168 JL<br><br>STIPULATION SHORTENING TIME FOR NOTICE OF HEARING OF PLAINTIFF'S MOTION TO REMAND (Civil L.R. 6-2(b)); [PROPOSED] ORDER<br><br>Date:        May 9, 2008<br>Time:<br>Courtroom:  F<br><br>Hon. James Larson<br>United States Magistrate Judge |

Pursuant to Civil Local Rule 6-2(b), the Parties to this action hereby stipulate that Plaintiff's Motion to Remand may be heard on shortened notice, and further agree to a briefing schedule as set forth below, or as the court shall order.

**[Proposed] Hearing and Briefing Schedule:**

Hearing on the motion shall be May 28, 2008 at 9:30 a.m., in Courtroom F.

Plaintiff's Motion to Remand shall be electronically filed and served not later than May 12, 2008.

1

*366/04/0022.2*                                                                                                    STIPULATION

Defendant's Opposition shall be electronically filed and served on or before May 19, 2008; and

Plaintiff's Reply shall be electronically filed and served on or before May 23, 2008.

So Stipulated this 8th Day of May, 2008.

**Singler, Napell & Dillon, LLP**

By: _____/s/_____.
Bruce Napell,
Attorneys for S.N.D.A.

**Stradley, Ronon, Stevens & Young, LLP**

By: _____/s/_____.
Jeffrey D. Grossman,
Attorneys for Sonitrol Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____        _____
United States Magistrate Judge

1 | BRUCE NAPELL (State Bar No. 115116)
2 | BRYAN W. DILLON (State Bar No. 203052)
  | SINGLER, NAPELL & DILLON, LLP
  | 127 S. Main Street
3 | Sebastopol, California 95472
  | Telephone: (707) 823-8719
4 | Facsimile:  (707) 823-8737

5 | Attorneys for S.N.D.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.N.D.A., a California non-profit mutual benefit corporation, | CASE NO. 08-CV-02168 JL |
| Plaintiff, | DECLARATION OF BRUCE NAPELL IN SUPPORT OF SHORTENING TIME FOR NOTICE OF HEARING OF PLAINTIFF'S MOTION TO REMAND (Civil L.R. 6-2(b)) |
| v. | |
| SONITROL CORPORATION, a Delaware corporation; and DOES 1-50. | Date:       May 9, 2008<br>Time:<br>Courtroom: F |
| Defendants. | Hon.  James Larson<br>United States Magistrate Judge |

I, Bruce Napell, declare as follows:

1. I am an attorney, licensed to practice before all the courts of the State of California, and admitted to practice before the United States District Court for the Northern District of California. I am a partner in the firm of Singler, Napell & Dillon, LLP, attorneys of record for Plaintiff S.N.D.A.

2.   S.N.D.A., a California non-profit mutual benefit corporation, is a trade association consisting of Sonitrol franchisees, all of whom are parties to franchise agreements with Defendant Sonitrol Corporation.

3.   On or about April 17, 2008 S.N.D.A. filed a complaint against Sonitrol Corporation in California Superior Court for the County of San Francisco.  The Complaint sets forth eight causes of action, including three seeking injunctive relief.  The Complaint was served on the Defendant on or about April 18.

4.   On April 25 Plaintiff filed an Ex Parte Application for a Temporary Restraining Order seeking three specific orders with regard the claims made in the Fifth and Eighth Causes of Action.  I appeared for the Ex Parte hearing on April 28 in Department 301 of the Superior Court.

5.   Immediately prior to the time scheduled for the Ex Parte appearance, I was served with Defendant's Notice of Removal to Federal Court, which was filed on April 28, 2008.  Thus, the Application for a TRO was not heard by the Superior Court.

6.   It is Plaintiff's position that the parties are not diverse, and that this court therefore lacks subject matter jurisdiction.

7.   As alleged in the Complaint, Sonitrol Corporation is a citizen of Pennsylvania and Delaware [Complaint, ¶ 2, see also Notice of Removal, ¶ 7].

8.   S.N.D.A. is a California corporation which filed this action on behalf of its members in its representative capacity as a trade organization.  For the purpose of establishing subject matter jurisdiction based on diversity, when a trade association acts solely in its representative capacity, its members are the real parties in interest, and there must be complete diversity between all defendants and all plaintiff's members.  There are S.N.D.A. members who are citizens of both Pennsylvania and Delaware [Complaint, ¶ 7].

9.   Immediately after I was served with Defendant's Notice of Removal I flew to Chicago to attend a five day arbitration.  Except for a few hours at the airport on April 28, during that week I was unable to devote time to any other matters.

2

10. Beginning Monday, May 5, I have been in communication with Jeffery Grossman, Sonitrol Corporation's attorney, regarding this litigation, including the issues raised in the Application for a TRO and S.N.D.A.'s intent to move to remand. The parties have reached an agreement regarding two of the three issues involved in S.N.D.A.'s TRO. The third issue – Sonitrol's ability to require franchisees to choose between servicing National Accounts pursuant to commercially unreasonable terms under a National Account contract or permitting Sonitrol to sell to and service customers within the franchisee's territory or marketing area – remains unresolved. S.N.D.A. therefore intends to renew its application for a TRO with respect to that issue. However, the parties agree that the issue of this court's jurisdiction should be resolved first, so that S.N.D.A. may renew its Application before the appropriate court.

11. Since S.N.D.A. considers the remaining issue to threaten imminent harm, the parties have stipulated to an Order Shortening Time, to allow S.N.D.A.'s Motion to Remand to be heard on May 28, 2008. Other than permitting the motion to be heard on less than 35 days notice, this OST will not have any affect on the schedule of the case. Defendant has filed an Answer, and no other deadlines would be affected.

12. The parties have not previously requested any time modifications in this matter.

I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge, and that if called I could competently testify thereto. Executed this 9th day of May, 2008 at Sebastopol, California.

              /s/
              Bruce Napell

1  BRUCE NAPELL (State Bar No. 115116)
   BRYAN W. DILLON (State Bar No. 203052)
2  SINGLER, NAPELL & DILLON, LLP
   127 S. Main Street
3  Sebastopol, California 95472
   Telephone: (707) 823-8719
4  Facsimile:  (707) 823-8737

5  Attorneys for S.N.D.A., Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.N.D.A., a California non-profit mutual benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONITROL CORPORATION, a Delaware corporation; and DOES 1-50.<br><br>Defendants. | CASE NO.  08-CV-02168 JL<br><br>ATTESTATION OF CONCURRENCE IN FILING STIPULATION<br><br>Date:       May 9, 2008<br>Time:<br>Courtroom:  F<br><br>Hon. James Larson<br>United States Magistrate Judge |

I, Bruce Napell, declare as follows:

    1.    I am an attorney, licensed to practice before all the courts of the State of California, and admitted to practice before the United States District Court for the Northern District of California.  I am a partner in the firm of Singler, Napell & Dillon, LLP, attorneys of record for Plaintiff S.N.D.A.

    2.    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within the concurrently filed Stipulation for Order Shortening Time.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2008 at Sebastopol, California.

                                                                                               _____/s/_____.