BRUCE NAPELL (State Bar No. 115116)
BRYAN W. DILLON (State Bar No. 203052)
SINGLER, NAPELL & DILLON, LLP
127 S. Main Street
Sebastopol, California 95472
Telephone: (707) 823-8719
Facsimile: (707) 823-8737

Attorneys for S.N.D.A., Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

S.N.D.A., a California non-profit mutual benefit corporation,

Plaintiff,

v.

SONITROL CORPORATION, a Delaware corporation; and DOES 1-50.

Defendants.

CASE NO. 08-CV-02168 JL

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Hon. James Larson
United States Magistrate Judge

Pursuant to Civil Local Rules, Rule 3-16, Plaintiff S.N.D.A. makes this Certification of Interested Entities.

S.N.D.A. is a California not for profit, mutual benefit corporation. It has no shareholders, and no person or entity has any financial interest in S.N.D.A. The members of the association are all independent Sonitrol franchisees. S.N.D.A. has brought the instant suit on behalf of its membership in its representative capacity, and the membership, as well as Sonitrol franchisees who are not members, have an interest in the outcome of this litigation.

A list of all Sonitrol franchisees, as disclosed by Sonitrol Corporation in its 2007 Uniform

Franchise Offering Circular, which was filed with the California Department of Corporations, is attached as Exhibit A hereto. Sonitrol locations owned by Sonitrol Corporation are designated by the word "Corporate."

Dated: May 9, 2008

**Singler, Napell & Dillon, LLP**

By: /s/

Bruce Napell,
Attorneys for S.N.D.A.

SINGLER, NAPELL & DILLON, LLP
127 S. Main Street, Sebastopol, CA 95472
(707) 823-8719 (707) 823-8737 Fax

SINGLER, NAPELL & DILLON, LLP
127 S. Main Street, Sebastopol, CA 95472
(707) 823-8719 (707) 823-8737 Fax

# Exhibit A

**EXHIBIT F**

**LIST OF SONITROL FRANCHISEES**

## *Dealer Locations*

DEPARTMENT OF CORPORATIONS
RECEIVED LOS ANGELES OFFICE
DEC 03 2007

### *SONITROL CORPORATION*

*Corporate Headquarters*
1000 Westlakes Drive, Suite 150
Berwyn, PA19312
Phone: (610) 725-9706
Fax: (610)-725-9707

Mr. Kevin Dowd, CEO
*PH: (610)-725-9703*
Mr. Alex Gellman, President and COO
*PH: (610) 725-9702*
Mr. Harold Earley, CFO
*PH: (817) 302-2003*
Mr. Todd Leggett, Senior VP
*PH: (610) 725-9704*
Ms. Greg Groenemann, VP of Marketing
*PH: (610) 725-9705*

*Corporate Regional Office*
1707 Orlando Central Parkway, Suite 500
Orlando, Florida 32809
Phone: (407) 438-4445
Phone: (888) 805-4709
Fax: (407) 438-8133

*Corporate Regional Office*
Sonitrol Corporation
8 Campus Circle, Suite 150
Westlake, TX 76262
Phone: 817-491-0606
Fax: 817-491-6693
Mr. Howard Sanders, VP of Operations

*Corporate Distribution Center*
1417 Upfield Drive
Suite 110
Carrollton, TX 75006-6946
Phone: (800) 326-7475
Fax: (817) 491-6658

**NOTE: Locations highlighted in RED notes Central Monitoring Stations.**

**NOTE: City names highlighted in BLUE are Corporate owned offices.**

### *SONITROL DISTRIBUTORS*

*Corporate*
Sonitrol Corporation
1000 Westlakes Drive, Suite 150
Berwyn, PA19312
Phone: (610) 725-9706
Fax: (610)-725-9707
Mr. Todd Leggett, Distributor

*Louisiana*
Sonitrol of New Orleans, Inc.
2217 Ridgelake Drive
Metairie, LA 70001
Phone: 504-837-7144
Fax: 504-835-0010
Mr. Bill Hattier

*California*
Sonitrol Security Inc.
1300 Galaxy Way, Suite 6
Concord, CA 94520
Phone: 925-687-1055
Fax: 925-687-1127
Mr. George Nicolino, Distributor

*Rocky Mountain*
Sonitrol Rocky Mountain
3657 W. Wright Street
Boise, ID 83705
Phone: 208-426-9367
Fax: 208-426-9369
Mr. Beau Bradley, Distributor
Mr. Paul Shumate, Distributor

*Canada*
Sonitrol Canada
238 Britannia Road East
Mississauga, Ontario L4Z 1S6
Phone: 905-890-7727
Fax: 905-890-8391
Mr. Paul A. Nickel, Distributor
Mr. David P. Jones, Distributor

*** FRANCHISE LOCATIONS - USA**

*ALABAMA*

***Birmingham***
Sonitrol of Birmingham
Serviced by Mobile, AL
Mr. Joe Dzwonkowski, Jr, Dealer

***Mobile***
Sonitrol of Mobile
P.O. Box 7006
Mobile, AL 36607
Phone: 251-471-0866
Fax: 251-476-0843
Mr. Joseph Dzwonkowski Jr., President
Mr. Robert Dzwonkowski, Vice President/Secretary

*ARIZONA*

*Phoenix – Corporate Location*
No Office
Mr. Scott Wilson, Regional Sales Manager
Mr. Robert Bishop, Operations Manager

*Tucson – Corporate Location*
Sonitrol of Arizona
231 W. Giaconda Way, #123
Tucson, AZ. 85704
Phone: 520-323-1111
Fax: 520-229-8563
Mr. Scott Wilson, Regional Sales Manager
Mr. Robert Bishop, Operations Manager

*ARKANSAS*

***Little Rock***
Sonitrol of Little Rock
6800 Interstate 30
Little Rock, AR 72209
Phone: 501-663-6300
Fax: 501-618-3115
Mr. Matt Stopa, General Manager

*CALIFORNIA*

***Bakersfield***
Sonitrol of Bakersfield
5251 Office Park Drive #150
Bakersfield, CA 93309
Phone: 661-322-4337
Fax: 661-322-4485

***Berkley/Richmond***
Sonitrol of Berkley/Richmond
3090 Teagarden Street
San Leandro, Ca. 94577
Phone: 510-638-7173
Fax: 510-881-8192
Mr. John Rouchanian, General Manager

***Contra Costa County***
Sonitrol of Contra Costa County
3090 Teagarden Street
San Leandro, Ca. 94577
Phone: 925-689-8360
Fax: 925-296-0444
Mr. John Rouchanian, General Manager

***Fresno***
Sonitrol of Fresno
3621 W. Beechwood Ave
Fresno, CA 93711
Phone: 559-264-5924
Fax: 559-233-7739
Mr. Brian Petrille, General Manager

***Gold Coast***
Sonitrol of the Gold Coast
19 Spectrum Pointe Drive
Suite 601-603
Lake Forest, CA 92630
Phone: 949-297-4351
Fax: 949-297-4390
Mr. Ronald Files, President/CEO

*Long Beach– Corporate Location*
Sonitrol of Long Beach/San Bernardino County
8 Campus Circle #150
Westlake, TX 76262
Phone: 310-381-3500
Fax: 310-381-3599
Mr. Andreas Wittgren, Regional Sales Manager

## *Dealer Locations*

***Los Angeles***
Sonitrol of South Los Angeles
725 West Washington Blvd.
Los Angeles, CA 90015
Phone: 213-749-0391
Fax: 213-747-5485
Mr. James Yamaki, General Manager

***Marin/Sonoma***
Sonitrol of Marin and Sonoma Counties
650 Townsend Street, Suite 260
San Francisco, CA 94103
Phone: 415-552-9700
Fax: 415-552-9538
Mr. Rick Albertson, General Manager

***Napa/Solano***
Sonitrol of Napa/Solano
3090 Teagarden Street
San Leandro, Ca. 94577
Phone: 925-689-8360
Fax: 925-296-0444
Mr. John Rouchanian, General Manager

***NW Los Angeles/Ventura County***
Sonitrol of Ventura / NW Los Angeles
3885-J Cochran Street, #362
Simi Valley, CA 93063
Phone: 805-585-9003
Fax: 661-322-4485
Mr. Tom Patterson, General Manager

***Sacramento***
Sonitrol of Sacramento
3325 Myrtle Avenue
North Highlands, CA 95660
Phone: 916-338-6700
Fax: 916-332-2321
Mr. Ronald Files, President/CEO

***San Diego– Corporate Location***
Sonitrol of San Diego/Riverside County
370 S. Crenshaw Blvd., Suite E106
Torrance, CA 90503
Phone: 858-505-3000
Fax: 858-505-3018
Mr. Scott Wilson, Regional Sales Manager
Mr. Ric Sullivan, Operations Manager

***San Francisco***
Sonitrol of San Francisco
650 Townsend Street, Suite 260
San Francisco, CA 94103
Phone: 415-552-9700
Fax: 415-552-9538
Mr. Rick Albertson, General Manager

***San Leandro***
Sonitrol of Oakland/So. Alameda County
3090 Teagarden Street
San Leandro, CA 94577-5721
Phone: 510-638-7173
Fax: 510-881-8192
Mr. John Rouchanian, General Manager

***San Jose***
Sonitrol of San Mateo & Santa Clara Counties
1587 Schallenberger Road
San Jose, CA 95131
Phone: 408-998-2002
Fax: 408-293-0252
Mr. Paul W. Shumate, President/CEO
Ms. Ruth D. Jett, VP/General Manager

***Stockton***
Sonitrol of Modesto/Stockton
3728 Imperial Way, Suite F
Stockton, CA 95215
Phone: 209-527-8100
Fax: 209-466-3828
Mr. Kenneth Berry, General Manager

### *COLORADO*

***Colorado Springs***
Sonitrol of Southern Colorado
3355 North Academy Blvd.
Colorado Springs, CO 80917
Phone: 719-265-9470
Fax: 719-265-9480
Mr. Jerry May, Dealer

*Denver– Corporate Location*
Sonitrol of Denver
8775 E. Orchard Road, Suite 814
Greenwood Village, CO 80111
Phone: 303-762-8500
Fax: 303-762-8335
Mr. Andreas Wittgren, Regional Sales Manager
Mr. John Triantos, Operations Manager

***CONNECTICUT***

***Bridgeport***
Sonitrol of Bridgeport
1501 Kings Highway East
Fairfield, CT 06430
Phone: 203-335-8111
Fax: 203-366-1602
Mr. Dennis Hickey, General Manager

***Hartford***
Sonitrol of Hartford
65 Inwood Road
Rocky Hills, CT 06067
Phone: 860-247-4500
Fax: 860-616-7583
Mr. Douglas M. Curtiss, President
Mr. Gary LaPlant, Chief Operating Officer

***New Haven – Corporate Location***
Sonitrol of Central Connecticut
127 Washington Ave
North Haven, CT 06473
Phone: 203-795-8000
Fax: 203-845-7917
Mr. Mike Jaworowski, Regional Sales Manager
Mr. Tony Ciancio, Operations Manager

***Stamford – Corporate Location***
Sonitrol of Stamford
17 North Avenue
Norwolk, CT 06851
Phone: 203-845-0300
Fax: 203-845-7917
Mr. Mike Jaworowski, Regional Sales Manager
Mr. Tony Ciancio, Operations Manager

*Westchester – Corporate Location*
Sonitrol of Stamford
17 North Avenue
Norwolk, CT 06851
Phone: 203-327-9000
Fax: 203-969-7449
Mr. Mike Jaworowski, Regional Sales Manager
Mr. Tony Ciancio, Operations Manager

*Waterbury– Corporate Location*
Sonitrol of Central Connecticut
127 Washington Street
North Haven, CT 06473
Phone: 203-574-1051
Fax: 203-234-1366
Mr. Mike Jaworowski, Regional Sales Manager
Mr. Tony Ciancio, Operations Manager

***DELAWARE***

***Wilmington***
Sonitrol of the Delaware Valley
2500 W. 4th St., Suite 3
Wilmington, DE 19805
Phone: 302-652-3060
Fax: 302-652-3062
Mr. Karl Ottosen, Dealer
Mr. Joe Allen, General Manager

***FLORIDA***

***Cocoa***
Sonitrol of East Coast Florida
3815 US1, Suite 59
Cocoa, FL 32926
Phone: 321-504-6069
Fax: 321-504-6382
Mr. Chuck Thomas, Dealer

***Ft. Myers – Corporate Location***
Sonitrol of Fort Myers
8 Campus Circle #150
Westlake, TX 76262
Phone: 239-936-1315
Fax: 239-936-0713
Mr. Derek Dixon, Regional Sales Manager
Mr. Mark Westbrook, Operations Manager

***Ft. Lauderdale***
Sonitrol of Ft. Lauderdale
1770 NW 64th Street, Suite 630
Ft. Lauderdale, FL 33309
Phone: 954-772-9700
Fax: 954-772-7466
Mr. John Ray III, President

*Jacksonville – Corporate Location*
Sonitrol of Jacksonville
8 Campus Circle #150
Westlake, TX 76262
Phone: 904-731-2300
Fax: 904-296-2118
Mr. Barry Ryan, Regional Sales Manager
Mr. Tony Hutchison, Operations Manager

## *Dealer Locations*

*Lakeland– Corporate Location*
Sonitrol of Lakeland
8 Campus Circle #150
Westlake, TX 76262
Phone: 863-688-7635
Fax: 863-688-4410
Mr. Derek Dixon, Regional Sales Manager
Mr. Mark Westbrook, Operations Manager

*Miami– Corporate Location*
Sonitrol of Miami
8 Campus Circle #150
Westlake, TX 76262
Phone: 305-623-5501
Fax: 305-623-5506
Mr. Derek Dixon, Regional Sales Manager
Mr. Mark Westbrook, Operations Manager

*New Port Richy– Corporate Location*
Sonitrol of New Port Richy
10901 Roosevelt Blvd., Suite 800B
St. Petersburg, FL 33716
Phone: 727-446-0656
Fax: 727-579-3451
Mr. Derek Dixon, Regional Sales Manager
Mr. Mark Westbrook, Operations Manager

***Ocala***
Sonitrol of North Central Florida
2011 SW 20th Place, Suite 102
Ocala, FL 34474
Phone: 352-369-6300
Fax: 352-369-2003
Mr. Walter Conrad, Dealer

*Orlando – Corporate Location*
Sonitrol of Orlando
4209 Vineland Road, Suite J7
Orlando, FL 32811
Phone: 407-425-9031
Fax: 407-841-4448
Mr. Barry Ryan, Regional Sales Manager
Mr. John Hornaday, Operations Manager

***Panama City***
Sonitrol of Bay County
747 Jenks Ave. Suite C
Panama City, FL 32401
Phone: 850-769-0010
Fax: 850-769-4555
Mr. Doug Smith, Dealer

***Pensacola***
Sonitrol of Northwest Florida
201 N. Pace Blvd
Pensacola, FL 32505
Phone: 850-432-5090
Fax: 850-432-4101
Mr. Don Jernigan, General Manager
Mr. Doug Smith, Dealer

***Sarasota***
Sonitrol of Sarasota
8134 Blaikie Court
Sarasota, FL 34240
Phone: 941-342-9966
Fax: 941-343-0097
Mr. Tom Swain, President

*St. Petersburg– Corporate Location*
Sonitrol of St. Petersburg
10901 Roosevelt Blvd., Suite 800B
St. Petersburg, FL 33716
Phone: 727-446-0656
Fax: 727-579-3451
Mr. Derek Dixon, Regional Sales Manager
Mr. Mark Westbrook, Operations Manager

*Tampa – Corporate Location*
Sonitrol of Tampa
10901 Roosevelt Blvd., Suite 800B
St. Petersburg, FL 33716
Phone: 727-577-2800
Fax: 727-579-3451
Mr. Derek Dixon, Regional Sales Manager
Mr. Mark Westbrook, Operations Manager

***Tallahassee***
Sonitrol of Tallahassee
1136 Thomasville Road
Tallahassee, FL 32303
Phone: 850-205-5000
Fax: 850-224-1843
Mr. Richard Lacombe, General Manager
Mr. Doug Smith, Dealer

***West Palm Beach***
Sonitrol of the Palm Beaches
1133 Okeechobee Road
West Palm Beach, FL 33401
Phone: 561-833-3399
Fax: 561-655-4423
Mr. Joe Rosenthal, Dealer (ext. 109)
Mr. Stephen Rosenthal, General Mgr. (ext. 114)

***GEORGIA***

***Atlanta– Corporate Location***
Sonitrol of Atlanta
8 Campus Circle #150
Westlake, TX 76262
Phone: 404-688-7483
Fax: 770-690-8420
Mr. Robert Keith, Regional Sales Manager
Mr. Les Rogers, Operations Manager

***Buford***
Sonitrol of North Georgia
4984 BU Bowman Drive, Suite 110
Buford, GA 30508
Phone: 770-904-5808
Fax: 770-904-5861
Mr. Jack Sanford, Dealer

***Macon***
Sonitrol of Middle Georgia
4480 Riverside Drive, Suite 12
Macon, GA 31210
Phone: 478-757-2225
Fax: 478-757-2231
Mr. Tim LeBlanc, Dealer

***Savannah***
Sonitrol of Savannah
703 Louisville Road, Suite E
Savannah, GA 31401
Phone: 912-232-6833
Fax: 912-232-6886
Mr. Chris Duncan, Dealer

***HAWAII***

***Honolulu***
Sonitrol of Hawaii
1724 Hart Street
Honolulu, HI 96819-3201
Phone: 808-847-5966
Fax: 808-842-1305
Mr. Ronald Jones, Dealer/President
Ms. Pat Jones, Dealer/Exec. Vice President

***IDAHO***

***Boise***
Sonitrol Pacific - Boise
3657 W. Wright Street
Boise, ID 83705
Phone: 208-426-9367
Fax: 208-426-9369
Mr. Beau Bradley, Dealer
Mr. Bill Lewis, General Manager

***ILLINOIS***

***Chicago North***
Sonitrol of Chicagoland North
3215 Arnold Lane
Northbrook, IL 60062
Phone: 847-205-0670
Fax: 847-205-0677
Mr. Leo Wanstreet, Dealer
Mr. Clay Crost, General Manager

***Chicago West***
Sonitrol of Chicagoland West
1275 West Roosevelt Road, Suite 123
West Chicago, IL 60185
Phone: 630-293-4497
Fax: 630-293-5014
Mr. Jim Buckalew, Dealer

***Peoria***
Sonitrol of Peoria
2606 North Knoxville Avenue
Peoria, IL 61604-3624
Phone: 309-688-9011
Fax: 309-688-8071
Mr. Chuck Alexander, Regional Sales Manager
Mr. Don King, Operations Manager

***INDIANA***

***Anderson***
Sonitrol of Anderson
120 West 6th Street
Anderson, IN 46016-1199
Phone: 765-649-4236
Fax: 765-649-4237
Mr. Scott Payne, Dealer

**Evansville**
Sonitrol of Evansville
208 NW 3rd Street
Evansville, IN 47708-1234
Phone: 812-422-1210
Fax: 812-467-7236
Dr. William Standring, Dealer/President
Mr. Ken Krapf, General Manager

***Muncie***
Sonitrol of Muncie
2105 W. Godman Ave.
Muncie, IN 47303
Phone: 812-422-1210
Fax: 812-467-7236
Dr. Mark Standing, Dealer
Mr. Ken Krapf, President

***Fort Wayne***
Sonitrol of Fort Wayne
4205 East State Blvd
Ft. Wayne, IN 46815
Phone: 260-422-1290
Fax: 260-422-7154
Mr. Jeff Stanford, Dealer

***Indianapolis***
Sonitrol of Indianapolis
219 East St. Joseph Street
Indianapolis, IN 46202
Phone: 317-261-2600
Fax: 317-261-2609
Mr. Dan Garrity, Dealer
Mr. Kevin Estes, President

***South Bend/Mishawaka***
Sonitrol of Mishawaka
510 E. Mishawaka Ave.
Mishawaka, IN 46545
Phone: 574-256-0969
Fax: 574-256-5593
Mr. Allie Jojo, Sr., Dealer

***KENTUCKY***

***Lexington***
Sonitrol of Lexington
213 Walton Avenue
Lexington, KY 40502
Phone: 859-255-2525
Fax: 859-255-4020
Mr. Sonny Bates, Dealer

***Louisville***
Sonitrol of Western Kentucky
4205 Produce Road
Louisville, KY 40218
Phone: 502-966-8999
Fax: 502-966-5758
Dr. Mark Standring, Dealer
Mr. Ken Krapf, President

***LOUISIANA***

***Alexandria – Corporate Location***
Sonitrol of Alexandria
9664 Brookline Avenue
Baton Rouge, LA 70809
Phone: 318-442-6000
Fax: 225-923-2943
Mr. Rick Isenhower, Regional Sales Manager
Mr. Steve Burchfield, Operations Manager

***Baton Rouge – Corporate Location***
Sonitrol of Baton Rouge
9664 Brookline Avenue
Baton Rouge, LA 70809
Phone: 225-923-3700
Fax: 225-923-2943
Mr. Rick Isenhower, Regional Sales Manager
Mr. Steve Burchfield, Operations Manager

***Lafayette – Corporate Location***
Sonitrol of Lafayette
9664 Brookline Avenue
Baton Rouge, LA 70809
Phone: 337-231-5756
Fax: 225-923-2943
Mr. Rick Isenhower, Regional Sales Manager
Mr. Steve Burchfield, Operations Manager

***Lake Charles***
Sonitrol of Lake Charles
645 Hodges Street
Lake Charles, LA 70601
Phone: 337-478-3112
Fax: 337-439-3892
Ms. Marcy Johnson, Branch Manager

***New Orleans***
Sonitrol of New Orleans
2217 Ridgelake Drive
Metairie, LA 70001
Phone: 504-837-7144
Fax: 504-835-0010
Mr. Bill Hattier, Dealer

***Shreveport***
Sonitrol of Shreveport
1520 N. Hearne Avenue Suite 108
Shreveport, LA 71107
Phone: 318-222-7258
Fax: 318-459-3856
Mr. Robert Jones, General Manager

***MARYLAND***

***Baltimore– Corporate Location***
Sonitrol of Baltimore
2631 Sisson Street
Baltimore, MD 21211
Phone: 410-338-1800
Fax: 410-467-7844
Mr. John Rausch, Regional Sales Manager
Mr. Craig O'Connor, Operations Manager

***MASSACHUSETTS***

***Boston – Corporate Location***
Sonitrol of Central Massachusetts
178 Turnpike Road
Westborough, MA 01581
Phone: 508-753-7274
Fax: 508-798-8514
Mr. Rich Wynn, Regional Sales Manager
Mr. Tony Ciancio, Operations Manager

***Taunton – Corporate Location***
Sonitrol of Central Massachusetts
178 Turnpike Road
Westborough, MA 01581
Phone: 508-753-7274
Fax: 508-798-8514
Mr. Rich Wynn, Regional Sales Manager
Mr. Tony Ciancio, Operations Manager

**Springfield**
Sonitrol of Springfield
100 Constitution Plaza
Hartford, CT 06103
Phone: 413-781-7840
Fax: 860-616-7584
Mr. Douglas M. Curtiss, President
Mr. Gary LaPlant, Chief Operating Officer

***Worcester – Corporate Location***
Sonitrol of Central Massachusetts
178 Turnpike Road
Westborough, MA 01581
Phone: 508-753-7274
Fax: 508-798-8514
Mr. Rich Wynn, Regional Sales Manager
Mr. Tony Ciancio, Operations Manager

***MICHIGAN***

***Detroit***
Sonitrol of Tri-County, Detroit
36528 Grand River, Suite A-2
Farmington Hills, MI 48335
Phone: 248-473-9400
Fax: 248-473-9480
Mr. Leo Wanstreet, Dealer
Mr. Mike Buckel, General Manager

***Flint***
Sonitrol of Tri-County, Flint
3907 S. Saginaw Street
Flint, MI 48507
Phone: 810-744-4390
Fax: 810-744-0122
Mr. Leo Wanstreet, Dealer
Mr. Mike Buckel, General Manager

***MINNESOTA***

***Minneapolis***
Sonitrol of the Twin Cities
1230 Eagan Industrial Road, Suite 140
Eagan, MN 55121
Phone: 651-452-0223
Fax: 651-452-7410
Mr. Chuck Alexander, Regional Sales Manager
Mr. Don King, Operations Manager

***MISSISSIPPI***

***Jackson***
Sonitrol of Jackson
8 Campus Circle, #150
Westlake, TX 76262
Phone: 877-766-2721
Fax: 225-923-2943
Mr. Byron Dowdell, Regional Sales Manager

***MISSOURI***

***Columbia***
Sonitrol of Columbia
806 N. Providence Rd, Suite #10
Columbia, MO 65203
Phone: 573-443-1631
Fax: 573-874-0400
Mr. William C. Dall II, General Manager

***Jefferson City– Corporate Location***
Sonitrol of Jefferson City
314 Lafayette Street
Jefferson City, MO 65101
Phone: 573-635-6168
Fax: 573-636-7799
Mr. Greg Vandeweel, Regional Sales Manager
Mr. Rex Owens, Operations Manager

***Kansas City– Corporate Location***
Sonitrol of Kansas City
5510 East 31st Street
Kansas City, MO 64128
Phone: 816-923-1155
Fax: 816-923-2931
Mr. Greg Vandeweel, Regional Sales Manager
Mr. Rex Owens, Operations Manager

***St. Louis– Corporate Location***
Sonitrol of St. Louis
8 Campus Circle #150
Westlake TX 76262
Phone: 314-994-9077
Fax: 573-636-7799
Mr. Greg Vandeweel, Regional Sales Manager
Mr. Rex Owens, Operations Manager

***NEBRASKA***

***Omaha– Corporate Location***
Sonitrol of Omaha
11016 Mocking Bird Drive, Suite 103
Omaha, NE 68137
Phone: 402-333-1551
Fax: 402-333-1593
Mr. Chuck Alexander, Regional Sales Manager
Mr. Don King, Operations Manager

***NEVADA***

***Las Vegas***
Sonitrol of Southern Nevada
3520 East Charleston Boulevard
Las Vegas, NV 89104
Phone: 702-384-7400
Fax: 702-384-2619
Ms. Joyce Roberts-Dawson, Dealer

Sonitrol of Northern Nevada
1325 Airmotive Way, Suite 210
Reno, NV 89502
Phone: 775-337-6800
Fax: 775-337-6822
Ms. Joyce Roberts-Dawson, Dealer

***NEW JERSEY***

***Passaic– Corporate Location***
Sonitrol of Metro NY
2o Murray Hill Parkway, Suite 110
East Rutherford, NJ 07073
Phone: 201-939-1234
Fax: 201-531-0236
Mr. Mike Marzarella, Regional Sales Manager
Mr. Jim Culnen, Operations Manager

***Trenton***
Sonitrol of Central New Jersey
2 Crossroads Drive
Hamilton, NJ 08691
Phone: 609-890-0017
Fax: 609-890-4509
Mr. Karl Ottosen, Dealer
Mr. Kyle Chadwick, General Manager

***NEW MEXICO***

***Albuquerque***
Sonitrol of Albuquerque
1730 Montano NW, Suite B
Albuquerque, NM 87107
Phone: 505-346-0750
Fax: 505-346-0754
Mr. Bill McKinney, Dealer/President
Mrs. Mary Ann McKinney, Dealer/Sec. Treasurer

***NEW YORK***

***Albany***
Sonitrol of Albany
4 British American Blvd
Lathan, NY 12110
Phone: 518-786-3086
Fax: 518-786-3082
Mr. Mike Jaworoski, Regional Sales Manager
Mr. Tony Ciancio, Operations Manager

***Long Island***
Sonitrol of Long Island
20 Murray Hill Parkway, Suite 110
East Rutherford, NJ 07073
Phone: 201-939-1234
Fax: 201-531-0236
Mr. Mike Marzarella, Regional Sales Manager
Mr. Jim Culnen, Operations Manager

***Buffalo***
Sonitrol of Buffalo
195 Elm Street
Buffalo, NY 14203-2098
Phone: 716-847-0900
Fax: 716-847-0431
Mr. David P. Jones, Dealer
Mr. Paul A. Nickel, Dealer

***New York City– Corporate Location***
Sonitrol of Metro New York
20 Murray Hill Parkway, Suite 110
East Rutherford, NJ 07073
Phone: 201-939-1234
Fax: 201-531-0236
Mr. Mike Marzarella, Regional Sales Manager
Mr. Jim Culnen, Operations Manager

***Rochester***
Sonitrol of Rochester
2024 West Henrietta Road, Bldg 6A
Rochester, NY 14623-1394
Phone: 585-292-0900
Fax: 585-292-0924
Mr. Paul A. Nickel, Dealer
Mr. David P. Jones, Dealer

***Syracuse***
Sonitrol of Syracuse
550 East Genesee Street, Suite 201
Syracuse, NY 13202
Phone: 315-422-4141
Fax: 315-422-5817
Mr. Russ MacDonnell, Dealer
Mr. Kip White, VP/General Manager

***NORTH CAROLINA***

***Charlotte***
Sonitrol of Charlotte
815 Wood Ridge Center Drive
Charlotte, NC 28217
Phone: 704-423-1111
Fax: 704-423-3438
Mr. William Price, President/CEO

***Gastonia***
Sonitrol of Gastonia
815 Wood Ridge Center Drive
Charlotte, NC 28217
Phone: 704-423-1111
Fax: 704-423-3438
Mr. William Price, President/CEO

***Greensboro***
Sonitrol of Triad
1844 Pembroke Road
Greensboro, NC 27408
Phone: 336-272-1111
Fax: 336-273-4630
Mr. Randy Hall, Dealer

***Spartanburg***
Sonitrol of Spartanburg
815 Wood Ridge Center Drive
Charlotte, NC 28217
Phone: 704-423-1111
Fax: 704-423-3438
Mr. William J. Price, Dealer

***Raleigh***
Sonitrol of Raleigh
901 Paverstone Drive
Raleigh, NC 27615
Phone: 919-848-3611
Fax: 919-848-3830
Mr. Chuck Harrelson, Dealer
Mr. John Hoffmann, Dealer

### *OHIO*

***Cincinnati***
Sonitrol of SW Ohio
2135 Schappelle Lane, 2nd Floor
Cincinnati, OH 45240
Phone: 513-719-4000
Fax: 513-719-4050
Mr. Chip Shiver, Dealer

***Columbus– Corporate Location***
Sonitrol of Columbus
921 Eastwind Drive, Suite 126
Westerville, OH 43081
Phone: 614-463-9900
Fax: 614-460-7673
Mr. Chuck Alexander, Regional Sales Manager
Mr. Don King, Operations Manager

***Dayton***
Sonitrol of SW Ohio
1400 Cincinnati Street
Dayton, OH 45408
Phone: 937-228-7301
Fax: 937-228-2573
Mr. Chip Shiver, Dealer

***Hamilton***
Sonitrol of Hamilton
900 Ross Avenue
Hamilton, OH 45013
Phone: 513-868-1777
Fax: 513-868-2877
Mr. Jim Pope, Dealer
Mr. Mike Pope, President

***Cleveland– Corporate Location***
Sonitrol of Cleveland
921 Eastwind Drive, Suite 126
Westerville, OH 43081
Phone: 614-463-9900
Fax: 614-460-7673
Mr. Chuck Alexander, Regional Sales Manager
Mr. Don King, Operations Manager

***Solon***
Sonitrol of Northern Ohio
30300 Solon Industrial Parkway
Solon, OH 44483
Phone: 330-744-1021
Fax: 330-399-2903
Mr. Lester Zatko, Dealer
Mr. Kevin Tanko, Vice President

***Warren***
Sonitrol of Northern Ohio
164 Elm Street
Warren OH 44482
Phone: 330-744-1021
Fax: 330-399-2903
Mr. Lester Zatko, Dealer
Mr. Kevin Tanko, Vice President

### *OKLAHOMA*

***Oklahoma City***
Sonitrol of Oklahoma City
5421 SW 27th Street
Oklahoma City, OK 73128
Phone: 405-525-5001
Fax: 405-525-5006
Mr. Ron Sumter

***Tulsa***
Sonitrol of Tulsa
4641 South 83rd East Avenue
Tulsa, OK 74145
Phone: 918-664-6636
Fax: 918-664-3253
Mr. Ron Sumter, Dealer

### *OREGON*

***Eugene***
Sonitrol of Eugene
748 Goodpasture Island Road
Eugene, OR 97401
Phone: 541-461-5678
Fax: 541-461-5681
Mr. Tracy Jones, Dealer
Mr. Ted Parker, General Manager

***Salem***
Sonitrol of Salem
1860 Hawthorne Northeast
Salem, OR 97303
Phone: 503-581-8429
Fax: 503-375-7578
Mr. Tracy Jones, Dealer
Mr. Terry Klein, General Manager

***Medford***
Sonitrol of Southern Oregon
546 Business Park Drive
Medford, OR 97504
Phone: 541-779-5611
Fax: 541-779-6355
Mr. Tracy Jones

***Portland***
Sonitrol Pacific - Portland
8220 N. Interstate Ave.
Portland, OR 97217
Phone: 503-223-5822
Fax: 503-973-7773
Mr. Jim Dopp, General Manager

***PENNSYLVANIA***

***Allentown***
Sonitrol of Allentown
512 Hamilton Street
The Commonwealth Bldg, Suite 100
Allentown, PA 18101
Phone: 610-821-7811
Fax: 610-821-9694
Mr. John G. Steele, Dealer

***Harrisburg– Corporate Location***
Sonitrol of Harrisburg
2631 Sisson Street
Baltimore, MD 21211
Phone: 717-763-9093
Fax: 717-763-9094
Mr. John Rausch, Regional Sales Manager
Mr. Kathleen Covaleskie, Operations Manager

***Philadelphia– Corporate Location***
Sonitrol of Philadelphia
417 North 4th Street
Philadelphia, PA 19123
Phone: 215-238-9090
Fax: 215-238-9338
Mr. John Rausch, Regional Sales Manager
Ms. Kathleen Covaleskie, Operations Manager

***Pittsburgh***
Sonitrol of Pittsburgh
610 Melwood Avenue
Pittsburgh, PA 15213
Phone: 412-681-6700
Fax: 412-681-6827
Mr. Bernard Weiss, Dealer

***RHODE ISLAND***

***Providence***
Sonitrol of Rhode Island
40 Amaral Street
Providence, RI 02915
Phone: 401-272-8791
Fax: 401-272-5980
Mr. Douglas M. Curtiss, President

***SOUTH CAROLINA***

***Columbia***
Sonitrol of The Midlands
3210 Fernandina Road
Columbia, SC 29210
Phone: 803-794-4357
Fax: 803-551-5514
Mr. Alan S. Rama, Dealer
Mr. Steve R. Reindl, General Manager

***Charleston***
Sonitrol of Charleston
4455 Tile Drive
North Charleston, SC 29405-8400
Phone: 843-747-0904
Fax: 843-566-8000
Mr. John C. Rama, Dealer/President
Mr. Alan S. Rama, Dealer/Vice President

***Greenville***
Sonitrol Security Services, Inc.
111 Smith Hines Road, Suite G
Greenville, SC 29607
Phone: 864-284-9494
Fax: 864-284-9244
Mr. Bill Price, Dealer

***Spartanburg***
Sonitrol of Spartanburg
160-B Metro Center Drive
Spartanburg, SC 29303
Phone: 864-597-1111
Fax: 864-284-9244
Mr. Bill Price, Dealer

## *Dealer Locations*

### *TENNESSEE*

***Chattanooga– Corporate Location***
Sonitrol of Chattanooga
7625 Hamilton Park Drive, Suite 8
Chattanooga, TN 37421
Phone: 423-265-5890
Fax: 423-266-0770
Mr. Robert Keith, Regional Sales Manager
Mr. Rick Merriman, Operations Manager

***Crossville– Corporate Location***
Sonitrol of Crossville
900 Circle 75 Parkway, Suite 435
Atlanta, GA 30339
Phone: 931-484-7240
Fax: 931-456-2339
Mr. Robert Keith, Regional Sales Manager
Mr. Rick Merriman, Operations Manager

***Knoxville***
Sonitrol of Knoxville
529 North Gay Street
Knoxville, TN 37917
Phone: 865-637-3931
Fax: 865-637-3933
Mr. Matt D. Harris, General Manager

***Memphis– Corporate Location***
Sonitrol of Memphis
4900 Outland Center Drive, Suite A101
Memphis, TN 38118
Phone: 901-458-5500
Fax: 901-458-0723
Mr. Byron Dowdell, Regional Sales Manager
Mr. Travis Synder, Operations Manager

***Nashville– Corporate Location***
Sonitrol of Nashville
227 French Landing Drive, Suite 150
Nashville, TN 37228
Phone: 615-255-0086
Fax: 615-255-0087
Mr. Byron Dowdell, Regional Sales Manager
Mr. Travis Snyder, Operations Manager

### *TEXAS*

***Austin– Corporate Location***
Sonitrol of Austin
2120 West Braker Lane, Suite G
Austin, TX 78758
Phone: 512-832-1113
Fax: 512-832-5118
Mr. Bill McNabney Jr., Regional Sales Manager

***Dallas***
Sonitrol of Dallas
4309 Irving Avenue
Dallas, TX 75219
Phone: 214-522-2850
Fax: 214-523-0432
Mr. Dave Cronk, Dealer

***El Paso***
Sonitrol of El Paso
4042 Doniphan Drive
El Paso, TX 79922
Phone: 915-585-8190
Fax: 915-581-0689
Mr. Frank Stewart II, Dealer

***Fort Worth– Corporate Location***
Sonitrol of Fort Worth
8 Campus Circle, #150
Westlake, TX 76262
Phone: 817-491-6505
Fax: 817-491-6694
Mr. Bill McNabney Jr, Regional Sales Manager
Mr. Billy Brandt, Operations Manager

***Houston– Corporate Location***
Sonitrol of Houston
1110 N. Post Oak Drive, Suite 240
Houston, TX 77055
Phone: 713-683-6830
Fax: 713-683-1759
Mr. Rick Isenhower, Regional Sales Manager
Mr. Billy Brandt, Operations Manager

***Longview***
Sonitrol of Longview
401 North Fifth Street
Longview, TX 75601
Phone: 903-757-5500
Fax: 903-758-1423
Mr. Robert Jones, Branch Manager

***San Antonio***
Sonitrol of San Antonio
2566 Bitters Road
San Antonio, TX 78217
Phone: 210-353-1050
Fax: 210-353-1008
Mr. Brian Howell, General Manager

***UTAH***

***Salt Lake City***
Sonitrol of Salt Lake City
4089-A West Nike Drive
West Jordan, UT 94088
Phone: 801-748-1034
Fax: 801-748-1043
Mrs. Kari Herzig, VP of Operations
Mr. Paul Shumate, Dealer

***VIRGINIA***

***Alexandria– Corporate Location***
Sonitrol of Greater Washington
3635 Concorde Parkway, Suite 600
Chantilly, VA 20151
Phone: 703-838-0071
Fax: 703-836-9249
Mr. John Rausch, Regional Sales Manager
Mr. John Holanek, Operations Manager

***Richmond***
Sonitrol of Greater Richmond
4953 Cox Road
Glen Allen, VA 23060
Phone: 804-270-7900
Fax: 804-747-6450
Mr. William Kiley, Dealer

***Virginia Beach***
Sonitrol of Tidewater
800 Seahawk Circle, Suite 134/135
Virginia Beach, VA 23452
Phone: 757-468-3700
Fax: 757-468-0558
Mr. Mark P. Wilging, Dealer

***Leesburg***
Sonitrol of the Tri-State
823-I South King Street
Leesburg, VA 20175
Phone: 571-258-0777
Fax: 571-258-0384
Mr. Dwayne Humphrey, Dealer

***WASHINGTON***

***Everett***
Sonitrol Pacific - Everett
2221 California Avenue
Everett, WA 98201
Phone: 425-258-3655
Fax: 425-258-3658
Mr. Beau Bradley, Dealer
Mr. Joseph M. Bullis, General Manager

***Seattle***
Sonitrol Pacific-Seattle
1406 140th Place NE Suite 200
Seattle, WA 98007
Phone: 425-641-8948
Fax: 425-641-8958
Mr. Beau Bradley, Dealer
Mrs. Tina Zimmer, General Manager

***Spokane***
Sonitrol of Spokane
16114 E. Indiana Ave, #105
Spokane Valley, WA 99216
Phone: 509-252-7041
Fax: 509-534-5900
Mr. Kenn Caldwell, GM
Mr. Tracy Jones, Dealer

***Tacoma***
Sonitrol Pacific-Tacoma
304 East Puyallup Avenue
Tacoma, WA 98421
Phone: 253-383-5051
Fax: 253-627-7672
Mr. Beau Bradley, Dealer

***Vancouver***
Sonitrol of Vancouver
8510 (Suite C) East Mill Plain Blvd.
Vancouver, WA 98664
Phone: 360-696-2911
Fax: 360-696-2901
Mr. Joe O. Keller, Dealer/President
Mrs. Jenny Keller, Dealer

***Yakima***
Sonitrol of Yakima
748 Goodpasture Island Road
Eugene, OR 97401
Phone: 509-453-7126
Fax: 509-534-5900
Mr. Tracy Jones, Dealer

DEPARTMENT OF CORPORATIONS
RECEIVED LOS ANGELES OFFICE

DEC 03 2007

***WISCONSIN***

*Milwaukee– Corporate Location*
Sonitrol of Milwaukee
1230 Eagan Industrial Road, Suite 140
Eagan, MN 55121
Phone: 651-452-0223
Fax: 651-452-7410
Mr. Chuck Alexander, Regional Sales Manager
Mr. Don King, Operations Manager

*** FRANCHISE LOCATIONS - CANADA**

***British Columbia***
White Rock
Sonitrol of British Columbia
#30-3033 King George Highway
Surrey, British Columbia, V4P 1B8
Phone: 604-542-5330
Fax: 604-542-5335
Mr. Joe Wilson, Dealer

***Burlington***
Sonitrol of South Central Ontario
1161 Petteit Road
Burlington, Ontario L7P 2K3
Phone: 905-319-1772
Fax: 905-319-6545
Mr. Rob Simopoulos, Dealer
Mr. Ed Bodbyl, Dealer

***Alberta***
Sonitrol of Southern Alberta
W – 3509 6th Avenue North
Lethbridge AB T1H 5C1
Phone: 403-329-1223
Fax: 403-328-9723
Mr. Todd McKay, Dealer
Mrs. Vanessa McKay, Dealer

***Toronto***
Sonitrol of Toronto
238 Britannia Road East
Mississauga, Ontario L4Z 1S6
Phone: 905-890-7727
Fax: 905-890-8391
Mr. Paul A. Nickel, Dealer
Mr. David P. Jones, Dealer
Mr. Hugh Morrow, General Manager