```
BRUCE NAPELL (State Bar No. 115116)
BRYAN W. DILLON (State Bar No. 203052)
SINGLER, NAPELL & DILLON, LLP
127 S. Main Street
Sebastopol, California 95472
Telephone: (707) 823-8719
Facsimile:  (707) 823-8737
```

Attorneys for S.N.D.A., Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.N.D.A., a California non-profit mutual benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONITROL CORPORATION, a Delaware corporation; and DOES 1-50.<br><br>Defendants. | CASE NO.  08-CV-02168 JL<br><br>DECLARATION OF BRUCE NAPELL IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND AND FOR ATTORNEYS' FEES<br><br>Date:      May 28, 2008<br>Time:      9:30 a.m.<br>Courtroom: F<br><br>Hon. James Larson<br>United States Magistrate Judge |

I, Bruce Napell, declare as follows:

1. I am an attorney, licensed to practice before all the courts of the State of California, and admitted to practice before the United States District Court for the Northern District of California. I am a partner in the firm of Singler, Napell & Dillon, LLP, attorneys of record for Plaintiff S.N.D.A.

2. S.N.D.A., a California non-profit mutual benefit corporation, is a trade association consisting of Sonitrol franchisees, all of whom are parties to franchise agreements with Defendant Sonitrol Corporation.

3. On or about April 17, 2008 S.N.D.A. filed a complaint against Sonitrol Corporation in California Superior Court for the County of San Francisco. The Complaint sets forth eight causes of action, including three seeking injunctive relief. The Complaint was served on the Defendant on or about April 18, 2008.

4. On April 25 Plaintiff filed an Ex Parte Application for a Temporary Restraining Order seeking three specific orders with regard the claims made in the Fifth and Eighth Causes of Action. I appeared for the Ex Parte hearing on April 28, 2008 in Department 301 of the Superior Court.

5. Immediately prior to the time scheduled for the Ex Parte appearance, I was served with Defendant's Notice of Removal to Federal Court, which was filed on April 28, 2008. Thus, the Application for a TRO was not heard by the Superior Court.

6. I am familiar with SNDA's current membership. At all times relevant, Sonitrol franchisees whose principal places of business are located in Wilmington, Delaware and Pittsburgh and Allentown, Pennsylvania, were and continue to be members of SNDA. Sonitrol Corporation is a citizen of Pennsylvania and Delaware [Complaint, ¶ 2, see also Notice of Removal, ¶ 7].

7. Beginning Monday, May 5, 2008, I have been in communication with Jeffery Grossman, Sonitrol Corporation's attorney, regarding this litigation, including the issues raised in the Application for a TRO, S.N.D.A.'s intent to move to remand, and the basis for its motion to remand.

8. In a telephone conversation on May 9, 208, Mr. Grossman and I discussed the provisions of 28 USC 1447(c) providing for an award of attorneys' fees for improper removal. I informed him that S.N.D.A. intended to move for an award of attorneys' fees as part of the motion to remand, and inquired whether his client would stipulate to remand rather than require SNDA to incur the attorneys' fees and costs associated with the motion to remand. He refused the offer.

I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge, and that if called I could competently testify thereto. Executed this 12th day of May, 2008 at Sebastopol, California.

                                            /s/
                                        Bruce Napell

*366/04/0026.2*         DECLARATION OF BRUCE NAPELL

Singler, Napell & Dillon, LLP
127 S. Main Street, Sebastopol, CA 95472
(707) 823-8719   (707) 823-8737 Fax