BRUCE NAPELL (State Bar No. 115116)
BRYAN W. DILLON (State Bar No. 203052)
SINGLER, NAPELL & DILLON, LLP
127 S. Main Street
Sebastopol, California 95472
Telephone: (707) 823-8719
Facsimile:  (707) 823-8737

Attorneys for S.N.D.A., Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.N.D.A., a California non-profit mutual benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONITROL CORPORATION, a Delaware corporation; and DOES 1-50.<br><br>Defendants. | CASE NO. 08-CV-02168 JL<br><br>STIPULATION SHORTENING TIME FOR NOTICE OF HEARING OF PLAINTIFF'S MOTION TO REMAND (Civil L.R. 6-2(b)); [~~PROPOSED~~] ORDER<br><br>Date:         May 9, 2008<br>Time:<br>Courtroom:    F<br><br>Hon. James Larson<br>United States Magistrate Judge |

Pursuant to Civil Local Rule 6-2(b), the Parties to this action hereby stipulate that Plaintiff's Motion to Remand may be heard on shortened notice, and further agree to a briefing schedule as set forth below, or as the court shall order.

[~~Proposed~~] **Hearing and Briefing Schedule:**

Hearing on the motion shall be May 28, 2008 at 9:30 a.m., in Courtroom F.

Plaintiff's Motion to Remand shall be electronically filed and served not later than May 12, 2008.

1  Defendant's Opposition shall be electronically filed and served on or before May 19, 2008; and

3  Plaintiff's Reply shall be electronically filed and served on or before May ~~23~~ 22, 2008.

4  So Stipulated this 8th Day of May, 2008.

**Singler, Napell & Dillon, LLP**

By: _____/s/_____.
Bruce Napell,
Attorneys for S.N.D.A.

**Stradley, Ronon, Stevens & Young, LLP**

By: _____/s/_____.
Jeffrey D. Grossman,
Attorneys for Sonitrol Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 14, 2008

_____
United States Magistrate Judge

366/04/0022.2                                                           STIPULATION