**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
_____
www.cand.uscourts.gov

Honorable James Larson                                                                                    Chambers
US Chief Magistrate Judge                                                                               415.522-2112

May 15, 2008

Bruce Jonathan Napell
Sngler Napell & Dillon
127 S. Main Street
Sebastopol, CA 95472

Christopher Casey John McNamara
Kasowitz, Benson, Torres & Friedman
101 California Street, Suite 2050
San Francisco, CA 94111

      Re:    S.N.D.A. v. Sonitrol Corporation, et al.,
                U.S. District Court Case No. C 08-2168 JL

Dear Counsel:

      At the time that you filed your first pleading in this case, you should have been notified that the matter had been assigned to the undersigned magistrate judge for all purposes including trial. You should have received a form stating that the magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

      You should have been notified that you had the right to have the case reassigned to a United States District Court judge for trial and disposition if you wish, or to consent to the jurisdiction of this Court. You should have received a form in two parts, the top part consenting to assignment of your case to a United States Magistrate Judge; and the second part declining to consent to the assignment to a magistrate judge and requesting reassignment to a United States District Court Judge.

      We have not received a signed form from you. Two forms are enclosed, the consent form and the request for reassignment. If you wish to have the matter reassigned to a District Court Judge, then you should sign the appropriate request.

    Please sign and return *one* of the enclosed forms as soon as possible.  If we do not hear from you by **Wednesday, May 21, 2008** we will request reassignment of your case to a United States District Court Judge.

    Thank you.

                                      Very truly yours,

                                      James Larson
                                      United States Magistrate Judge

United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

S.N.D.A,

    Plaintiff

    v.

Sonitrol Corporation, et al.,

    Defendants.
_____/

No. C 08 -2168  JL

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge. I understand that I am free to withhold consent to jurisdiction of this court and request reassignment to a district judge without adverse substantive consequences.

Date: _____    _____

                              Signature

                              Counsel for _____

                              _____

CONSENT                              1

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10
11   S.N.D.A.                                    No. C 08-2168  JL
12            Plaintiff,
13        v.                                     REQUEST FOR REASSIGNMENT TO
                                                 A UNITED STATES DISTRICT JUDGE
14   Sonitrol Corporation, et al.,               FOR TRIAL AND DISPOSITION
15            Defendants.
     _____/
16
17        The undersigned party hereby declines to consent to the assignment of this case to
18   a United States Magistrate Judge for trial and disposition and hereby requests the
19   reassignment of this case to a United States District Judge.
20
21   Date: _____        _____
22                                        Signature
23
24                                        Counsel for _____
25                                        _____
26
27
28

REQUEST                                  1