United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

S.N.D.A,

    Plaintiff

    v.

Sonitrol Corporation, et al.,

    Defendants.

_____/

No. C 08-2168 JL

CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge. I understand that I am free to withhold consent to jurisdiction of this court and request reassignment to a district judge without adverse substantive consequences.

Date: May 15, 2008        /S/ Christopher J. McNamara

                                    Signature

                                    Counsel for Defendant Sonitrol Corporation

CONSENT                                 1