BRUCE NAPELL (State Bar No. 115116)
BRYAN W. DILLON (State Bar No. 203052)
SINGLER, NAPELL & DILLON, LLP
127 S. Main Street
Sebastopol, California 95472
Telephone: (707) 823-8719
Facsimile:  (707) 823-8737

Attorneys for S.N.D.A., Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.N.D.A., <br><br> Plaintiff, <br><br> v. <br><br> SONITROL CORPORATION, et al. <br><br> Defendants. | CASE NO.  08-CV-02168 JL <br><br> CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE <br><br> Hon. James Larson <br> United States Magistrate Judge |

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge. I understand that I am free to withhold consent to jurisdiction of this court and request reassignment to a district judge without adverse substantive consequences.

May 20, 2008                                                       **Singler, Napell & Dillon, LLP.**

                                                                        By: _____/s/_____.
                                                                              Bruce Napell,
                                                                              Attorneys for SNDA

*366/04/0036.1*                                                                        CONSENT TO MAGISTRATE