BRUCE NAPELL (State Bar No. 115116)
BRYAN W. DILLON (State Bar No. 203052)
SINGLER, NAPELL & DILLON, LLP
127 S. Main Street
Sebastopol, California 95472
Telephone: (707) 823-8719
Facsimile:  (707) 823-8737

Attorneys for S.N.D.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.N.D.A., a California non-profit mutual benefit corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SONITROL CORPORATION, a Delaware corporation; and DOES 1-50.<br><br>　　　　Defendants. | CASE NO.  08-CV-02168 JL<br><br>DECLARATION OF BRUCE NAPELL IN SUPPORT OF MOTION TO STRIKE COUNTERCLAIM<br><br>Date:　　July 2, 2008<br>Time:　　9:30 a.m.<br>Courtroom: F<br><br>Hon.  James Larson<br>United States Magistrate Judge |

　　I, Bruce Napell, declare as follows:

　　1.　I am an attorney, licensed to practice before all the courts of the State of California, and admitted to practice before the United States District Court for the Northern District of California.  I am a partner in the firm of Singler, Napell & Dillon, LLP, attorneys of record for Plaintiff S.N.D.A.

2. S.N.D.A. is a trade association whose members are Sonitrol franchisees, all of whom are parties to franchise agreements with Defendant Sonitrol Corporation. S.N.D.A. is a California non-profit mutual benefit corporation.

3. S.N.D.A. filed this action on behalf of its members in its representative capacity as a trade organization.

4. S.N.D.A. is not a Sonitrol franchisee, and has no contractual relationship with Sonitrol Corporation.

I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge, and that if called I could competently testify thereto. Executed this 26th day of May, 2008 at San Rafael, California.

/s/
Bruce Napell