<u>CIVIL MINUTES</u>

**Chief Magistrate Judge James Larson**          **Margot Gurule - Court Reporter**
                                                 **9:35-9:50 (15 min)**

Date: **May 28, 2008**

Case No: **C08-2168 JL**

Case Name:  **S.N.D.A.v. Sonitrol Corp.**
Plaintiff  Attorney(s): Bruce Napell
Defendant Attorney(s): Jeffrey Grossman; Christopher McNamara
Deputy Clerk:  **Wings Hom**


| Motions | RULING: |
|---|---|
| 1. Pltf's mo to remand & for attys' fees | Submitted |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |


[ ]Case Management Conference  [ ] Status Conference  [] P/T Conference
**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
        [ ] Jury  [ ]  Court


Notes:



cc: Venice, Kathleen,