**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   S.N.D.A., a California non-profit mutual         No. C- 08-2168   JL
     benefit corporation,
12
              Plaintiff,                              **ORDER**
13
        v.
14
     SONITROL CORP., a Delaware
15   corporation, et al.,

16            Defendant.
                                        /
17

18          The Court having granted Plaintiff's motion to remand, Plaintiff's motion to strike

19   Defendant's counterclaim is hereby denied without prejudice.

20          IT IS SO ORDERED.

21   DATED: June 6,   2008

22

23                                        _____
                                                  James Larson
24                                            Chief Magistrate Judge

25

26

27

28