**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 6, 2008

Superior Court of California
County of San Francisco
400 McAllister Street
San Fancisco, CA 94102

RE:  CV 08-02168 JL     SNDA-v-SONITROL CORPORATION
      Your Case Number: (CGC 08-474387)

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (X)   Certified copies of docket entries

   (X)   Certified copies of Remand Order

   ( )   Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.

                    Sincerely,

                    RICHARD W. WIEKING, Clerk


                    by:  Gloria Acevedo
                    Case Systems Administrator
                    To Chief Magistrate Judge James Larson

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg