ENDORSED
FILED
San Francisco County Superior Court

JUN 10 2008

GORDON PARK-LI, Clerk
BY: BERNADETTE THOMPSON
Deputy Clerk

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 6, 2008

Superior Court of California
County of San Francisco
400 McAllister Street
San Fancisco, CA 94102

RE: CV 08-02168 JL   SNDA-v-SONITROL CORPORATION
    Your Case Number: (CGC 08-474387)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X)   Certified copies of docket entries

(X)   Certified copies of Remand Order

( )   Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Gloria Acevedo
Case Systems Administrator
To Chief Magistrate Judge James Larson

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg